FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ FEB 0 2 2012 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

HEIDI WORLEY HAMILTON, and her husband,
DAVID E. BENJAMIN,

             Plaintiffs,

v.

SOCIETE AIR FRANCE,

             Defendant.

Civ. Action No.:
2:11-cv-01759-ERK-JO

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties hereto that the above-captioned action be and the same is hereby dismissed with prejudice and without interest or costs to any party.

Dated: New York, New York
       January 31, 2012

THATCHER A. STONE, ESQ.

By: _____
    Thatcher A. Stone
45 Rockefeller Plaza
Suite 2000
New York, NY 10111
Tel.: (212) 332-2477
Fax: (646) 873-7529

*Attorneys for Plaintiffs*

HOLLAND & KNIGHT LLP

By: _____
    Christopher G. Kelly
    Judith R. Nemsick
31 West 52nd Street
New York, NY 10019
Tel.: (212) 513-3200
Fax: (212) 385-9010

*Attorneys for Defendant*
*Société Air France*

**SO ORDERED:**

s/Edward R. Korman
_____
The Honorable Edward R. Korman
United States District Judge

2/1/12